IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JERMAINE DWAYNE DOUGLAS,

    Plaintiff,

v.

SGT. WELTE, et al.,

    Defendants.

ORDER

Case No. 25-cv-160-wmc

    Plaintiff Jermaine Dwayne Douglas has filed a proposed civil complaint, but has neither paid the filing fee, nor requested leave to proceed without prepayment. However, plaintiff did submit a blank Prisoner Request to Proceed in District Court Without Prepaying the Full Filing fee form. Dkt. 2. For this case to proceed, plaintiff must pay the $405 filing fee[1] or submit a completed motion for leave to proceed without prepayment by March 24, 2025.

    A motion for leave to proceed without prepayment must be accompanied by a certified copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(a)(2). If I find that plaintiff is indigent, I will calculate an initial partial payment of the filing fee that plaintiff must pay before the court can screen the complaint on the merits under 28 U.S.C. § 1915(e)(2). Thereafter, plaintiff must pay the balance of the filing fee in installments.

ORDER

    IT IS ORDERED that plaintiff Jermaine Dwayne Douglas may have until March 24, 2025 to submit the $405 filing fee or a motion for leave to proceed without prepayment and a

---

[1] Effective December 1, 2023, the cost to file a civil action in federal court is $405 — a $350 statutory fee plus a $55 administrative fee that does not apply to persons granted *in forma pauperis* status under 28 U.S.C. § 1915.

trust fund account statement for the period beginning approximately August 28, 2024 and ending approximately February 28, 2025.  If plaintiff fails to respond to this order by March 24, 2025, then I will assume that plaintiff wishes to withdraw this action voluntarily.  In that event, the case will be dismissed without prejudice to plaintiff refiling at a later date.

Entered this 28th day of February, 2025.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge